UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AYLA HAEBERLI,

       Plaintiff,

vs.                            CASE NO.:  6:25-cv-00105-JSS-DCI

STATE OF FLORIDA, JUDGE LISA
MUNYON, in her individual and official
capacities; JUDGE DIANA TENNIS,
in her individual and official capacities;
JUDGE JOSHUA MIZE, in his
individual and official capacities;
JUDGE MICHAEL MURPHY,
in his individual and official capacities;
JUDGE ELIZABETH GIBSON,
in her individual and official capacities;
JUDGE CRAIG MCCARTHY,
in his individual and official capacities;
JUDGE HEATHER HIGBEE,
in her individual and official capacities;
JUDGE MIKAELA NIX-WALKER,
in her individual and official capacities;
JUDGE ROBERT LEBLANC,
in his individual and official capacities;
PETER HAEBERLI; LOWNDES,
DROSDICK, DOSTER, KANTOR &
REED, P.A.; DERREN CIAGLIA;
TERRY YOUNG; MELODY LYNCH;
RICHARD DELLINGER; KENNETH D.
MORSE P.A.; KENNETH D MORSE;
MARTIN PEDATA; and MARION FRICKER

       Defendants.

_____/

**DEFENDANTS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Defendants, Terry Young, Richard Dellinger and Lowndes, Drosdick, Doster & Reed,

P.A., move this Court for an order continuing the Case Management Conference set before

Magistrate Judge Daniel C. Irick, and as grounds state as follows:

1.    On March 20, 2025, a Notice of Hearing was filed setting an in-person IDEAL Case Management Conference before Magistrate Judge Irick for April 3, 2025 at 10:30 a.m. (Doc. No. 19).

2.    The undersigned has a conflict with the date and time of the conference. Specifically, the undersigned has a pre-scheduled trip and will be travelling out of town.

3.    This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the Defendants respectfully request that the Case Management Conference presently scheduled for April 3, 2025 be continued to a date and time that is available for all parties who have appeared in this action, and granting any other relief deemed appropriate.

### LOCAL RULE 3.01(g)

Undersigned counsel certifies that she has conferred with Plaintiff via email on March 20, 2025 regarding the relief referenced in the above motion. Plaintiff responded and indicated her consent to a continuance of the Case Management Conference.  For the avoidance of any doubt, her responsive email is attached as **Exhibit A**.

Respectfully submitted,

s/ Suzanne Barto Hill
SUZANNE BARTO HILL
Florida Bar No. 0846694
E-mail:  shill@rumberger.com
MEGHAN V. KENNEDY
Florida Bar No. 1038634
E-Mail:  mkennedy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida  32801
Tel:    407.872.7300
**Counsel for Defendants,**
       **Lowndes, Drosdick, Doster & Reed, P.A.,**
       **Terry Young  and Richard Dellinger**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide notice to all counsel of record.

s/ Suzanne Barto Hill
SUZANNE BARTO HILL
Florida Bar No. 0846694
E-mail:  shill@rumberger.com
MEGHAN V. KENNEDY
Florida Bar No. 1038634
E-Mail:  mkennedy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida  32801
Tel:    407.872.7300
**Counsel for Defendants,**
**Lowndes, Drosdick, Doster & Reed, P.A.,**
**Terry Young and Richard Dellinger**

20364624.v1